Dismissed and Memorandum Opinion filed March 2, 2006









Dismissed and Memorandum Opinion filed March 2, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00693-CV

____________

 

PEARLAND HOSPITALITY SERVICE, INC.,
Appellant

 

V.

 

HOPE LUMBER & SUPPLY CO., Appellee

 



 

On Appeal from
County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause
No. 802,411

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 27, 2005.

On February 22, 2006, the parties filed a motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum
Opinion filed March 2, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.